IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY HOUSE                                              PLAINTIFF

v.                      No. 3:17-cv-201-DPM

ABSOLUTE RECOVERY SERVICES LLC                             DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 August 2017